UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **BRITTANY JACKSON,** | : | Case No. 3-22-cv-00244-MJN-PBS |
| **Plaintiff,** | : | Judge Michael J. Newman (Magistrate Judge Silvain) |
| v. | : | |
| **HARBORCHASE OF BEAVERCREEK,** *et al.*, | : | CORPORATE DISCLOSURE STATEMENT ON BEHALF OF DEFENDANT HARBOR RETIREMENT ASSOCIATES LLC |
| | : | |
| **Defendant.** | | |

Pursuant to Federal Rule of Civil Procedure 7.1(a) and S.D. Ohio Civ. R. 7.1.1, Defendant Harbor Retirement Associates, LLC submits the following Corporate Disclosure Statement:

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    _____Yes        X  No

If the answer if YES, list below the identity of the parent, subsidiary or other affiliated corporation and the relationship between it and the named party:

_____

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    X  Yes        _____No

If the answer is YES, list the identity of such corporation and the nature of the financial interest.

Alleghany Corporation, as parent company for Landmark American Insurance Company, Defendant's insurance carrier. Alleghany Corporation is a wholly-owned subsidiary of Berkshire Hathaway Inc.

Respectfully submitted,

KOHNEN & PATTON LLP

/s/ Anthony J. Caruso
Anthony J. Caruso (0040773 – Ohio)
201 East Fifth Street, Suite 800
Cincinnati, Ohio  45202
tcaruso@kplaw.com
Telephone:	(513) 381-0656
Facsimile:	(513) 381-5823
*Attorney for Defendant Harbor Retirement Associates LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Glenn Feagan, Esq.
Deters Law
5247 Madison Pike
Independence, Kentucky  41051
*Attorney for Plaintiff Brittany Jackson*

/s/ Anthony J. Caruso
Anthony J. Caruso

4862-3510-3806