UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Brittany Jackson**,**

    Plaintiff,                                          Case No. 3:22-cv-244

vs.

HarborChase at Beavercreek,         District Judge Michael J. Newman
*et al*.,                                           Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have resolved this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any party may, upon good cause shown within thirty (30) days, reopen the action if resolution is not finalized.

**IT IS SO ORDERED.**

<u>October 26, 2023</u>                                                            s/*Michael J. Newman*
                                                                                 Hon. Michael J. Newman
                                                                                 United States District Judge